446 A.2d 682

Commonwealth v. Rogers, Appellant.
Petition for Allowance of Appeal Denied Sept. 9, 1982.

Submitted March 21, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

446 A.2d 682

Commonwealth v. Smith, Appellant.

Submitted May 27, 1981. Barry H. Oxenberg, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and McEWEN, JJ.

Judgment of sentence affirmed.